UNITED STATES of America,
Plaintiff-Appellant,

v.

Ettore ZUCCA, also known as Mario
Sarni, also known as Ettore Sarni
Zucca, Defendant-Appellee.

No. 290, Docket 23521.

United States Court of Appeals
Second Circuit.

Argued April 13, 1955.
Decided April 28, 1955.

ESSO STANDARD OIL COMPANY, as
Owner of THE S.S. ESSO CHARLES-
TON, Libelant-Appellant,

v.

The UNITED STATES of America,
Respondent-Appellee.

No. 248, Docket 23446.

United States Court of Appeals
Second Circuit.

Argued April 12, 1955.
Decided April 25, 1955.

Edwin S. Murphy, New York City
(Kirlin, Campbell & Keating and Ray-
mond T. Greene, New York City, on the
brief), for libelant-appellant.

Alfred P. O'Hara, Asst. U. S. Atty.,
New York City (J. Edward Lumbard, U.
S. Atty., George C. Mantzoros, Asst. U.
S. Atty., New York City, and Lester
Friedman, Atty., Immigration and Nat-
uralization Service, New York City, on
the brief), for plaintiff-appellant.

Orrin G. Judd, New York City (Gold-
stein, Judd & Gurfein, New York City,
Morris A. Wirth, Earle K. Moore, and Ir-
win M. Rosenthal, New York City, on the
brief), for defendant-appellee.

Before CLARK, Chief Judge, and
FRANK and HASTIE, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District
Judge Palmieri, D.C.S.D.N.Y., 125 F.
Supp. 551.

Benjamin Forman, Atty., Dept. of Jus-
tice, Washington, D. C. (Warren E. Bur-
ger, Asst. Atty. Gen., and Samuel D.
Slade, Atty., Dept. of Justice, Washing-
ton, D. C., and J. Edward Lumbard, U.
S. Atty. for the Southern Dist. of N. Y.,
New York City, on the brief), for re-
spondent-appellee.

Before CLARK, Chief Judge, and
FRANK and HASTIE, Circuit Judges.

PER CURIAM.

We think that District Judge Mur-
phy correctly interpreted and applied
Standard Oil Co. of N. J. v. United
States, 340 U.S. 54, 71 S.Ct. 135, 95 L.
Ed. 68, affirming United States v. Stan-
dard Oil Co. of N. J., 2 Cir., 178
F.2d 488, and are content to affirm on his
opinion, D.C.S.D.N.Y., 122 F.Supp. 109.